FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Yolanda Reveles-Cervantes<br>　　　　　　　Defendant. | Case No.: 5:13CR92-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

・UNKNOWN BACKGROUND

・UNKNOWN BAIL RESOURCES

・PRIOR FAILURE TO COMPLY W/ COURT ORDERS

1

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c).  This finding is based on the following:

6          _____
7          _____
8          _____
9          _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 2/11/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge